# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-07-00071-CV

**In re Gian Gabriele Foschini**

### ORIGINAL PROCEEDING FROM COMAL COUNTY

### M E M O R A N D U M   O P I N I O N

Relator Gian Gabriele Foschini filed a petition for the writ of habeas corpus. *See* Tex. R. App. P. 52.1. Having reviewed the record provided and Foschini's complaints, we deny the petition for the writ of habeas corpus. *See* Tex. R. App. P. 52.8.

_____

Diane Henson, Justice

Before Chief Justice Law, Justices Puryear and Henson

Filed:   February 7, 2007